| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| JAMES ROCKETT,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN WHITE,<br><br>    Respondent. | No. 1:21-cv-00766-NONE-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>(Doc. No. 11) |

Petitioner James Rockett is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 8, 2021, the assigned magistrate judge issued findings and recommendations recommending that petitioner's motions for injunctive relief (Doc. No. 11) be denied.  The parties were provided with twenty-one (21) days to file objections to the findings and recommendations. (*Id*. at 4.)  To date, neither party has filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

/////

Accordingly,

1. The findings and recommendations issued on June 8, 2021 (Doc. No. 11) are adopted in full; and
2. Petitioner's motion for temporary restraining order (Doc. No. 8) is denied.

IT IS SO ORDERED.

Dated: __**October 13, 2021**__      /s/ Dale A. Drozd

UNITED STATES DISTRICT JUDGE