1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES ROCKETT,                                    No.   1:21-cv-00766-NONE-HBK

12                     Petitioner,                      ORDER ADOPTING FINDINGS AND
                                                        RECOMMENDATIONS, DISMISSING
13          v.                                          PETITION FOR WRIT OF HABEAS
                                                        CORPUS, DECLINING TO ISSUE
14    WARDEN WHITE,                                     CERTIFICATE OF APPEALABILITY, AND
                                                        DIRECTING CLERK OF COURT TO
15                     Respondent.                      ASSIGN DISTRICT JUDGE AND TO CLOSE
                                                        CASE
16
                                                        (Doc. Nos. 1, 13)
17

18          Petitioner James Rockett is a federal prisoner proceeding *pro se* and *in forma pauperis*

19    with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. No. 1.)   The matter

20    was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

21    Rule 302.

22          On June 16, 2021, the assigned magistrate judge issued findings and recommendations

23    recommending that the pending petition be dismissed.  (Doc. No. 13).  Those findings and

24    recommendations were served on petitioner at his address of record and contained notice that any

25    objections thereto were to be filed within twenty-one (21) days of service.  (*Id*. at 3.)  That time

26    has passed, and petitioner has not filed objections.

27          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a

28    *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

                                                       1

1  findings and recommendations are supported by the record and by proper analysis.

2        Having determined that petitioner is not entitled to habeas relief, the court now turns to

3  whether a certificate of appealability should issue.  The federal rules governing habeas cases

4  brought by state prisoners require a district court issuing an order denying a habeas petition to

5  either grant or deny therein a certificate of appealability.  *See* Rules Governing § 2254 Case, Rule

6  11(a).  A prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal, rather an

7  appeal is only allowed in certain circumstances.  *Miller-El v. Cockrell*, 537 U.S. 322, 335–36

8  (2003); *see also* 28 U.S.C. § 2253(c)(1)(A) (permitting habeas appeals from state prisoners only

9  with a certificate of appealability).  A judge shall grant a certificate of appealability "only if the

10  applicant has made a substantial showing of the denial of a constitutional right," 28 U.S.C.

11  § 2253(c)(2), and the certificate must indicate which issues satisfy this standard, 28 U.S.C.

12  § 2253(c)(3).  In the present case, the court finds that reasonable jurists would not find the court's

13  rejection of petitioner's claims to be debatable or conclude that the petition should proceed

14  further.  Moreover, it appears petitioner has been released from custody and that any alleged

15  errors may have been rendered moot.  Thus, the court declines to issue a certificate of

16  appealability.

17        Accordingly:

18      1.    The findings and recommendations issued on June 16, 2021 (Doc. No. 13), are

19          adopted in full;

20      2.    The petition for writ of habeas corpus (Doc. No. 1) is dismissed;

21      3.    The court declines to issue a certificate of appealability; and

22      4.    The Clerk of the Court is directed to assign a district judge to this case for the

23          purpose of closing the case and then to close the case.

24  IT IS SO ORDERED.

25    Dated:  **October 13, 2021**

26                        UNITED STATES DISTRICT JUDGE

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28